UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANGEL PARKER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:17-cv-00300

## REPORT AND RECOMMENDATION

Plaintiff, who is unrepresented, filed this matter on April 3, 2017. Pursuant to the Notice Regarding Consent and Filing of Briefs (ECF No. 9), Plaintiff's initial brief was due June 28, 2017. Plaintiff failed to file her brief resulting in an Order to Show Cause (ECF No. 14) on July 31, 2017. To date, Plaintiff has failed to respond to the Order or to file her initial brief.

As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court. Timely objections to this Report and Recommendation shall be considered Plaintiff's opportunity to show cause why this matter should not be dismissed.

Date: August 15, 2017

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).