UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL PARKER,

        Plaintiff,

                                    Case No.: 1:17-cv-300

v.

                                    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate

Judge Ellen S. Carmody in this action (ECF No. 15). The Report and Recommendation was duly

served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the

Court.

**THEREFORE, IT IS ORDERED** that this lawsuit is DISMISSED pursuant to FED. R. CIV.

P. 41(b) and W.D. MICH. L.CIV.R. 41.1 for want of prosecution and failure to comply with the rules

and orders of this court.

Dated:  September 11, 2017                 /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge